BENJAMIN B. WAGNER
United States Attorney
MATTHEW C. STEGMAN
Assistant U.S. Attorney
CHRISTINA M. EASTMAN
Certified Law Student
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2805

FILED

MAR 24 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>    v.<br><br>RANDY COSTA,<br><br>             Defendant. | Mag No. 10-056-DAD<br><br>**MOTION TO DISMISS AND ORDER**<br><br>DATE:  May 19, 2010<br>TIME:  9:00 a.m.<br>COURT: Hon. Dale A. Drozd |

   Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, plaintiff United States of America, by and through its

///
///
///
///
///
///
///
///

1

1  undersigned attorney, hereby moves this Honorable Court for an
2  Order dismissing the above-entitled matter.
3  DATED: March 23, 2010.                BENJAMIN B. WAGNER
                                          United States Attorney
4
5
                                   By: /s/ Matthew C. Stegman
6                                      MATTHEW C. STEGMAN
                                       Assistant United States Attorney
7
8
9                       [P R O P O S E D]  O R D E R
10 IT IS SO ORDERED:
11 DATED: *March 24*, 2010.
12
13 _____
   HON. DALE A. DROZD
14 United States Magistrate Judge

2